## UNITED STATES
v.
## DAVID ROBISON

1808

### JOURNAL ENTRIES

1. Postponement . . . . . . . . . . . *Journal, infra,* \*p. 135
2. Appearance; plea; jurors; verdict . . . . . . . " 142

### PAPERS IN FILE

1. Recognizance . . . . . . . . . . . *Printed in Vol. 2*
2. Indictment . . . . . . . . . . . "
3. Capias and return . . . . . . . . . "

## UNITED STATES
v.
## DAVID ROBISON

1808

### JOURNAL ENTRIES

1. Postponement . . . . . . . . . *Journal, infra,* \*p. 135
2. Rule for recognizance . . . . . . . . . " 148
3. Nolle prosequi . . . . . . . . . . " 158

### PAPERS IN FILE

1. Affidavit of Richard Smyth . . . . . . . . . *Printed in Vol. 2*
2. Indictment . . . . . . . . . . . . . "
3. Capias and return . . . . . . . . . . . . .

# UNITED STATES
### v.
# ROBERT SMART

1808

### JOURNAL ENTRIES

1. Postponement . . . . . . . . . . *Journal, infra,* *p. 135
2. Recognizance . . . . . . . . . . . . " 143
3. Nolle prosequi; discharge . . . . . . . . . " 177
4. Recognizance discharged . . . . . . . . . . " 183

### PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . . . .
2. Warrant of arrest and return . . . . . . . . . .

# DAVID ROBISON
### v.
# GEORGE McDOUGALL

1808

### JOURNAL ENTRIES

1. Rule to declare . . . . . . . . . . *Journal, infra,* *p. 138
2. Rule to plead . . . . . . . . . . . . " 155
3. Discontinuance . . . . . . . . . . . . " 205